Fourth Department, January, 1943.

(January 6, 1943.)

Gaetano Schiro, Respondent, v. City of Niagara Falls, Appellant.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

John Glabien, Appellant, v. American Radiator Company, Respondent.—

(The judgment dismisses the complaint in a silicosis action. One order grants the motion to dismiss and the other order denies plaintiff's motion to restore the cause to the trial calendar.) Present— Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

Nelson Bros. Lumber & Mill Work, Inc., Respondent, v. Salvatrice Bonfiglio, Appellant, and Carl M. Peterson, Doing Business under the Name of Peterson Construction Company, Respondent, et al., Defendants.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Accounting of Ruth A. Morton et al., as Executors of Glenn R. Morton, Deceased, Respondents. John W. Lennon, as Receiver, Appellant.— (The decree settles the accounts of the executors and construes the will of decedent.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of Clyde G. Beebe, Appellant, against Milton E. Switzer, as Commissioner of Niagara Welfare Department, Respondent.— (The judgment dismisses a petition to compel defendant to restore petitioner to the position of general helper at Niagara County Infirmary. The orders deny petitioner's motions to restore the case to the calendar and to reargue said motion.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

Cassius L. Jones, Respondent, v. Floyd J. Speck, Appellant.— (The judgment is for plaintiff in an action for a breach of contract of employment. The order denies defendant's motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.